

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Danny Ray Guttery,

Vs. No. 11-12-00160-CR

The State of Texas,

* From the 29th District
  Court of Palo Pinto County,
  Trial Court No. 14646.

* July 10, 2014

* Memorandum Opinion by Bailey, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.